Case 4:11-cv-02689-DMR   Document 13   Filed 07/25/11   Page 1 of 1

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CHRISTOPHER RUGGIERI,

    Plaintiff,

    v.

WASHINGTON MUTUAL NA, *et al.*,

    Defendants.
_____/

No. C-11-02689 (DMR)

**ORDER RE REPRESENTATION OF DEFENDANT WASHINGTON MUTUAL NA**

In two certificates of service on the docket sheet of this case, counsel for Defendant JP Morgan Chase, NA identified themselves also as counsel for Defendant Washington Mutual, NA. [*See* Docket Nos. 4, 6.] To date, however, counsel for Washington Mutual, NA has not formally appeared in this action. Accordingly, the court hereby ORDERS counsel for JP Morgan Chase, NA to submit a sworn declaration explaining whether they represent Washington Mutual, NA no later than July 26, 2011. Furthermore, if counsel for JP Morgan Chase, NA do not represent Washington Mutual, NA, the court requests an explanation as to why they presented themselves as such on the aforementioned documents.

IT IS SO ORDERED.

Dated: July 25, 2011



DONNA M. RYU
United States Magistrate Judge