UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER RUGGIERI,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>WASHINGTON MUTUAL, N.A., *et al.*,<br><br>　　　　　Defendants.<br>_____/ | No. C-11-02689-DMR<br><br>**ORDER RE SERVING NOTICE UPON PARTIES TO THE ACTION** |

On July 25, 2011, counsel for Defendant JP Morgan Chase, N.A. ("JP Morgan"), filed a sworn declaration with the court in which counsel stated that they did not represent Defendant Washington Mutual, N.A. ("WaMu"), in this action and previously had listed themselves as counsel for WaMu in certificates of service [Docket Nos. 4, 6] as the result of a "clerical error." [*See* Docket No. 14.]

In light of this assertion, the court notes that JP Morgan removed this case from California State court [*see* Docket No. 1] and failed to service notice upon WaMu. The court therefore ORDERS that JP Morgan correct this error, immediately serve notice upon WaMu, and file a certificate of service with the Court.

IT IS SO ORDERED.

Dated: July 28, 2011

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　DONNA M. RYU
　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge